UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WEST COAST LIFE INSURANCE
COMPANY,

    Plaintiff,

v.                                       CASE NO.: 8:09-cv-2159-T-23TBM

WILHELMINA LONGBOAT, JOHN
MICHAEL HILL, and CHRIS HILL,

    Defendants.
_____/

## **ORDER**

The plaintiff in this interpleader action moves (Doc. 29) unopposed for leave to deposit funds into the court registry. Additionally, the plaintiff seeks an order (1) discharging the plaintiff, (2) enjoining the defendants from asserting any further claim against the plaintiff, and (3) awarding attorney's fees and costs to the plaintiff.[1] The motion (Doc. 29) is **GRANTED**, and (1) the plaintiff is discharged from liability on life insurance policy number Z02383529, (2) the defendants are **ENJOINED** from asserting any further claim against the plaintiff as to policy number Z02383529, and (3) the plaintiff is awarded $7,500.00 in attorney's fees and costs. The plaintiff shall deposit

---

[1] In an interpleader action, a disinterested stakeholder may seek discharge from further liability. See Fed. Sav. & Loan Ins. Corp. v. Bass, 576 F. Supp. 848, 851 (N.D. Ill. 1983); Aliuga v. Perera Co., Inc., 494 F. Supp. 18, 20 (S.D.N.Y. 1979) ("A discharge in interpleader permits the neutral stakeholder having no claim to the subject matter of the action[] to retire from the action and requires competing claimants to interplead their claims."). Additionally, a disinterested stakeholder generally receives an award of costs and attorney's fees. See Prudential Ins. Co. v. Boyd, 781 F.2d 1494, 1497-98 (11th Cir. 1986).

$292,500, with any accrued interest, into the court registry.[2] The Clerk is directed to (1) enter judgment in favor of the plaintiff and against the defendant, with an award of attorney's fees and costs in the amount of $7,500.00, and (2) deposit the interpleader funds, upon receiving the funds, into a special interest bearing account (in accord with Local Rule 4.16).

ORDERED in Tampa, Florida, on May 3, 2010.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[2] The Clerk requires the plaintiff to present the plaintiff's address, federal identification number, and telephone number at the time of deposit.